FILED
2017 Sep-28 PM 12:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **AARON CORDERO COLE**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number |
| | ) **4:17-cv-00091-AKK-SGC** |
| **SHERIFF TODD ENTREKIN, et al.**, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 22, 2017, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). Doc. 14. Moreover, to the extent Aaron Cole has attempted to allege any supplemental state law claims, the magistrate judge recommended that this court dismiss such claims without prejudice to Cole's refiling them in state court, pursuant to 28 U.S.C. 1367(c)(3). *Id.* at 19. Although the magistrate judge advised Cole of his right to file specific written objections within fourteen (14) days, *id.* at 19-20, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in

accordance with 28 U.S.C. § 1915A(b), this action is due to be **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

 **DONE** the 28th day of September, 2017.

           _____
           **ABDUL K. KALLON**
          UNITED STATES DISTRICT JUDGE